**Michael I. WHITE, an individual, Plaintiff-Appellant,**

v.

**ARAMARK, Defendant-Appellee.**

**No. 14-55405**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Michael I. White, Pro Se

Melinda S. Riechert, Morgan, Lewis & Bockius LLP, Palo Alto, CA, for Defendant-Appellee

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Michael I. White appeals pro se from the district court's summary judgment in his diversity action alleging state law claims arising from his employment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Vasquez v. County of Los Angeles*, 349 F.3d 634, 639 (9th Cir. 2004). We may affirm on any basis supported by the record. *Henry v. Gill Indus.*,

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*Inc.*, 983 F.2d 943, 950 (9th Cir. 1993). We affirm.

Summary judgment was proper because Aramark's unopposed motion for summary judgment demonstrated the absence of a genuine dispute of material fact as to White's claims. *See id.* (district court may grant an unopposed motion for summary judgment if the movant's papers are themselves sufficient to support the motion and do not on their face reveal a genuine dispute of material fact); *see also Guz v. Bechtel Nat. Inc.*, 24 Cal.4th 317, 100 Cal. Rptr.2d 352, 8 P.3d 1089, 1113–14 (2000) (elements of Fair Employment and Housing Act ("FEHA") discrimination claim); *Flait v. N. Am. Watch Corp.*, 3 Cal. App.4th 467, 4 Cal.Rptr.2d 522, 528 (1992) (elements of FEHA retaliation claim); *Thompson v. City of Monrovia*, 186 Cal. App.4th 860, 112 Cal.Rptr.3d 377, 390 (2010) (elements of FEHA harassment claim).

The district court did not abuse its discretion in granting White's counsel's motion to withdraw. *See Kayes v. Pac. Lumber Co.*, 51 F.3d 1449, 1465 (9th Cir. 1995) (setting forth standard of review).

We do not consider arguments or claims that were not presented to the district court. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999).

White's request for appointment of counsel, set forth in his reply brief, is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.